UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GDCM TRUST,<br><br>                         Movant,<br>v.<br><br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>                         Respondent. | Case No. 2:15-cv-02153-APG-PAL<br><br>ORDER<br><br>(Mot Admit Govt Atty – Dkt. #2) |

Before the court is the Motion to Admit Government Attorney to Practice in the District of Nevada for Duration of Attorney's Government Employment (Dkt. #2) filed November 16, 2015, filed on behalf of Respondent United States Commodity Futures Trading Commission ("CFTC"). The government asks that Elizabeth Lan Davis and Eugenia Vroustouris, attorneys with the CFTC, be admitted to practice in the District of Nevada in case and in all matters in this district during the period of employment by the United States. The court will grant the motion in this case, but will not admit them in any future case(s) filed for the duration of their government employment as this is a matter for the judges in future cases to decide.

**IT IS ORDERED** that the Motion to Admit Government Attorney to Practice in the District of Nevada for Duration of Attorney's Government Employment (Dkt. #2) is **GRANTED** to the extent that Elizabeth Lan Davis and Eugenia Vroustrouis, attorneys with the CFTC, shall be allowed to appear in the District of Nevada for this case, and **DENIED** to the extent that they seek to appear in future case(s) in this district during the period of their employment by the United States.

DATED this 30th day of November, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1